## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**T.K. PARTHASARATHY, EDMUND WOODBURY,**
**STUART ALLEN SMITH, and SHARON SMITH,**
**individually and on behalf of all others**
**similarly situated,**

**Plaintiffs,**

**vs.**

**T. ROWE PRICE INTERNATIONAL FUNDS, INC.,**
**a corporation, T. ROWE PRICE INTERNATIONAL, INC.,**
**ARTISAN FUNDS, INC., a corporation, ARTISAN PARTNERS**
**LIMITED PARTNERSHIP, AIM INTERNATIONAL FUNDS, INC.,**
**a corporation, and AIM ADVISORS, INC.,**

**Defendants.**                                           **No. 05-CV-00302-DRH**

### ORDER

**HERNDON, District Judge:**

The Court **STRIKES** Defendants' Notice of Removal **(Doc. 1)** and Plaintiffs' First Amended Complaint **(Doc. 2)** given the Court has already dismissed this case, ***Parthasarathy v. T. Rowe Price International Funds, Inc.,*** **State Court Cause No. 03-L-1253**, in accord with the Seventh Circuit's mandate in ***Kircher v. Putnam Funds Trust,*** **403 F.3d 478, 484 (7th Cir. 2005)**. ***See Parthasarathy v. T. Rowe Price International Funds, Inc.,*** **03-CV-673-DRH, Doc. 88, Mem. & Order dated May 27, 2005**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Signed this 10th day of June, 2005.

/s/   David RHerndon
**United States District Judge**