IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

T.K. PARTHASARATHY, EDMUND WOODBURY,
STUART ALLEN SMITH, and SHARON SMITH,
individually and on behalf of all others
similarly situated,

Plaintiffs,

vs.

T. ROWE PRICE INTERNATIONAL FUNDS, INC.,
a corporation, T. ROWE PRICE INTERNATIONAL, INC.,
ARTISAN FUNDS, INC., a corporation,
ARTISAN PARTNERS LIMITED PARTNERSHIP[1],
AIM INTERNATIONAL FUNDS, INC., a corporation,
and AIM ADVISORS, INC.,

Defendants.                                                   No. 05-CV-00302-DRH

## ORDER

**HERNDON, District Judge:**

The Court **DENIES** Plaintiffs' **RULE 59(e)** Motion to Alter or Amend Judgment **(Doc. 16)** given the Court's ruling in ***Parthasarathy v. T. Rowe Price Int'l Funds, Inc.,*** **No. 03-CV-673-DRH**.

**IT IS SO ORDERED.**

Signed this 7th day of July, 2005.

/s/   David RHerndon
**United States District Judge**

---

[1] Defendants Artisan Funds, Inc., and Artisan Partners Limited Partnership are listed on the Court's docketing sheet in this case notwithstanding the fact that they appealed the Court's remand order in ***Parthasarathy v. T. Rowe Price Int'l Funds, Inc.,*** **03-CV-673-DRH (Mem. & Order dated Jan. 30, 2004),** and won.  Therefore, it is undisputed that Plaintiffs' causes of action against them are blocked by Securities Litigation Uniform Standards Act of 1998.